UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-34477 |
|---|---|
| DIONA M THOMAS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3975298**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 6 | ADVANCE AMERICA<br>5143 SALEM AVE<br>DAYTON, OH  45426 | 54.55 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/11/2009

Certificate of Service                    04-34477

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DIONA M THOMAS                MICHAEL J ELLERBROCK          (6.1)
4727 STONEHEDGE STREET        4403 N MAIN ST               ADVANCE AMERICA
TROTWOOD, OH  45426           DAYTON, OH  45405            5143 SALEM AVE
                                                          DAYTON, OH  45426

(36.1n)                       (37.1n)                      (37.3n)
CRESCENT BANK & TRUST DEPT    RESURGENT ACQUISITION        SHERMAN ACQUISITION LP
%ASCENSION CAPITAL GROUP      ATTN:ELECTRONIC VOUCHERS     BOX 10587
PO BOX 201347                 BOX 10587                    GREENVILLE, SC  29603
ARLINGTON, TX  76006          GREENVILLE, SC  29603

(33.1n)                       (38.1n)
US DEPT OF EDUCATION          VATIV RECOVERY SOLUTIONS
BOX 4609                      PO BOX 19249
UTICA, NY  13504              SUGAR LAND, TX  77496

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    CS

0434477_42_20090911_0736_278/T317_cs
###